143 F.3d 1293
 Cherie CHARAS, Plaintiff-Appellant,
v.
TRANS WORLD AIRLINES, INC., a Missouri corporation,
Defendant-Appellee.
Mildred JACOBY, Plaintiff-Appellant,
v.
TRANS WORLD AIRLINES, INC., Defendant-Appellee.
Bernice GULLEY, Plaintiff-Appellant,
v.
AMERICAN AIRLINES; AMR Corporation; American Eagle
Airlines, Defendants-Appellees.
Elizabeth NEWMAN, Plaintiff-Appellant,
v.
AMERICAN AIRLINES, Inc., Defendant-Appellee.
Robert A. BEVERAGE, Plaintiff-Appellant,
v.
CONTINENTAL AIRLINES, Inc., Defendant-Appellee.
 Nos. 96-15490, 96-15543, 96-15791, 97-55115 and 97-15158.
 United States Court of Appeals,
Ninth Circuit.
 May 13, 1998.
 
 Before HUG, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that these cases be reheard by the en banc court pursuant to Circuit Rule 35-3.